UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CHAYA CLARK, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>                                Plaintiff,<br>v.<br>NETGAIN TECHNOLOGY, LLC,<br>                                Defendant. | Case No.: 21cv1432-LL-MSB<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>**[ECF No. 13]** |
|---|---|

      Defendant Netgain Technology, LLC ("Netgain") moves to dismiss this putative class action for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). ECF No. 13. Plaintiff filed a response in opposition. ECF No. 15. Netgain did not file a reply. The motion is suitable for submission without the need for oral argument.

      Both parties agree the Court's ruling on Netgain's motion to dismiss in *Lee v. Netgain Technology, LLC*, No. 21-cv-1144-LL-MSB (Aug. 19, 2021) resolves the instant motion as well. Accordingly, and for the reasons stated in the Court's Order on Netgain's motion to dismiss in *Lee*, Netgain's motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED** with prejudice and without leave to amend. Plaintiff's request for

///

///

1 | jurisdictional discovery is **DENIED**. This order is not intended to preclude Plaintiff from
2 | pursuing his claim in another state or joining a pending claim in another state.
3 |      **IT IS SO ORDERED**.
4 | Dated: April 1, 2022

Honorable Linda Lopez
United States District Judge