

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chaya Clark individually and on behalf of all others similarly situated and on behalf of the general public <br><br> **Plaintiff,** <br><br> V. <br><br> Netgain Technology, LLC; Netgain Technology, LLC <br><br> **Defendant.** | Civil Action No.  21-cv-01432-LL-MSB <br><br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Netgain's motion is GRANTED. Plaintiff's Complaint is DISMISSED with prejudice and without leave to amend. Plaintiff's request for jurisdictional discovery is DENIED. Case is closed.

|  |  |
|---|---|
| **Date:**     4/1/22 | **CLERK OF COURT** <br> **JOHN MORRILL, Clerk of Court** <br> By:  s/  D. Frank <br>                                                           D. Frank, Deputy |